THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH FERONE, Appellant.

*People* v. *Ferone,* 120 App. Div. 323, affirmed.
(Submitted June 14, 1909; decided October 19, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 28, 1907, which affirmed a judgment of the Court of General Sessions of the Peace in the city of New York rendered upon a verdict convicting defendant of the crime of murder in the second degree and an order denying a motion for a new trial.

*George M. Curtis* for appellant.

*Wm. Travers Jerome,* District Attorney (*Robert S. Johnstone* of counsel), for respondent.

*Per Curiam.* We have examined all of the exceptions taken on behalf of the defendant as to the charge, the requests to charge, the rulings on the admission and exclusion of evidence, and find no reversible error.

We are precluded from an examination of the facts by the unanimous affirmance of the judgment by the Appellate Division.

The judgment of conviction should be affirmed.

CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ., concur; CHASE, J., absent.

Judgment of conviction affirmed.